In the Matter of GENERAL TRANSPORTATION CASUALTY AND SURETY COMPANY, Appellant, against COMMISSIONER OF MOTOR VEHICLES OF THE STATE OF NEW YORK, Respondent.

Argued June 5, 1945; decided July 19, 1945.

*Joseph S. Catalano* and *Milton B. Ignatius* for appellant. *Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr., Orrin G. Judd* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: LOUGHRAN and THACHER, JJ.